**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  October 21st, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

___

Civil Action No. 14-cv-02369-RPM

TRACY CHECKLEY, individually and                          David O. Hansen
on behalf of her minor child James Checkley,

      Plaintiff,
v.

ALLIED PROPERTY CASUALTY INSURANCE COMPANY,               Christa L. Rock

      Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Dismiss**

**10:47 a.m.      Court in session.**

Court's preliminary remarks.

Court suggestion regarding how to proceed to in order cure filing irregularities/ deficiencies.

Statement by Ms. Rock.

**Counsel agree to accept arguments and exhibits raised in the response [13] to the motion dismiss [12] and to incorporate them in the Complaint [5], to construe the filings in there entirety as an Amended Complaint.**

Argument by Ms. Rock.

    **ORDERED:    Plaintiff's claims for bad faith and unreasonable delay are dismissed.**

Argument by Mr. Hansen.

Court makes oral findings as stated on record.

    **ORDERED:    Defendant's Motion to Dismiss Pursuant to Fe.R.Civ.P. 12(b)(6), is granted.**

Argument by Ms. Ms. Rock regarding attorney fees.

    **ORDERED:    Defendant's motion for attorney fees and costs is denied.**

**11:32 a.m.      Court in recess.**   Hearing concluded.  Total time: 45 min.