# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02369-RPM

TRACY CHECKLEY, individually and
on behalf of her minor child James Checkley,

      Plaintiffs,

v.

ALLIED PROPERTY CASUALTY INSURANCE COMPANY,

      Defendant.
_____

## ORDER OF DISMISSAL
_____

Having accepted the factual statements in the plaintiffs' response and opposition to defendant's motion to dismiss under Fed.R.Civ.12(b)(6) and the exhibits attached thereto [13] as having been an Amended Complaint and plaintiffs' contention that under Colorado law the plaintiffs have a claim against Johnny Brenner and his mother, the owner of the Jeep vehicle for negligent entrustment, it is for the reasons stated on the record at the hearing today,

ORDERED that the motion to dismiss the complaint, as deemed amended, is granted and this civil action is dismissed for failure to state a claim for relief and the defendant's motion for attorney fees is denied.

DATED: October 21st, 2014

                                                               BY THE COURT:

                                                                s/Richard P. Matsch
                                                                _____
                                                                Richard P. Matsch, Senior District Judge