IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02369-RPM

TRACY CHECKLEY, individually and
on behalf of her minor child James Checkley,

      Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.

_____

## FINAL JUDGMENT
_____

      Pursuant to the Order of Dismissal by Senior District Judge Richard P. Matsch on October 21, 2014, it is

      ORDERED that Defendant's Motion to Dismiss Pursuant to Fe.R.Civ.P. 12(b)(6), filed September 5, 2014 [12], deemed amended is granted and this civil action is dismissed for failure to state a claim for relief, and defendant's motion for attorney's fees is denied. It is

      FURTHER ORDERED judgment is entered in favor of the defendant Allied Property and Casualty Insurance Company and against plaintiff Tracy Checkley, individually and on behalf of her minor child James Checkley. It is

      FURTHER ORDERED that the defendant Allied Property and Casualty Insurance Company shall have its costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.

      DATED at Denver, Colorado October 21st, 2014

                                      FOR THE COURT:
                                      Jeffrey P. Colwell, Clerk

                                          s/J. Chris Smith
                                   By _____
                                        Deputy Clerk